**FILED**

OCT - 7 2010

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BEVERIDGE & DIAMOND, P.C.<br>   1350 I Street, N.W., Suite 700<br>   Washington, DC 20005<br><br>               Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES<br>   Office of General Counsel<br>   200 Independence Ave., S.W.<br>   Room 713-F<br>   Washington, DC 20201,<br><br>               and<br><br>NATIONAL INSTITUTE OF<br>ENVIRONMENTAL HEALTH SCIENCES<br>   111 T.W. Alexander Drive<br>   Research Triangle Park, NC 27709<br><br>             Defendants. | Civil Action No. _____<br><br>Case: 1:10-cv-01713<br>Assigned To : Collyer, Rosemary M.<br>Assign. Date : 10/7/2010<br>Description: FOIA/Privacy Act |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**PRELIMINARY STATEMENT**

    1.    Pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, Plaintiff Beveridge & Diamond, P.C. ("Beveridge & Diamond") brings this action to compel the disclosure and release of agency records wrongly withheld by Defendants United States Department of Health and Human Services ("HHS") and its component National Institute of Environmental Health Sciences ("NIEHS").

1

2. Beveridge & Diamond filed a FOIA request with NIEHS on August 11, 2010, requesting data, information, and reports related to publicly funded research on the pesticide atrazine conducted by Dr. Suzanne E. Fenton, an NIEHS research scientist. This information is relevant to a comprehensive review of atrazine currently being conducted by the Environmental Protection Agency ("EPA") which includes within its scope Dr. Fenton's atrazine research. More particularly, EPA held a public meeting of its Federal Insecticide, Fungicide, and Rodenticide Act Scientific Advisory Panel ("SAP") on September 14-17, 2010, at which Dr. Fenton presented information concerning the results of recent atrazine research conducted by Dr. Fenton and her colleagues at NIEHS, including Dr. Jason Stanko, for consideration by EPA, the SAP and interested stakeholders. EPA is continuing to evaluate Dr. Fenton's work and is planning to schedule an additional SAP meeting in the first half of 2011 to address scientific issues related to atrazine, including the subjects of Dr. Fenton's atrazine research. It is critical that NIEHS promptly provide the requested information to allow for meaningful and appropriate public review and analysis of this information.

3. The statutory deadline under FOIA for NIEHS's response to the request was September 10, 2010. Despite Beveridge & Diamond's diligent and patient efforts to follow up on the status of the request and obtain some indication when it might receive a response to the request, to date NIEHS has not provided a single responsive document, has not provided any formal written response or determination, has not provided any schedule as to when the documents will be made available, and has not asserted any exemption which would justify withholding the requested documents. NIEHS and HHS have failed to meet their statutory and regulatory obligations under FOIA and HHS's implementing regulations.

4.      Having received no documents, information, or response regarding a date certain for production from NIEHS or HHS, Beveridge & Diamond reluctantly has been forced to request that this Court order NIEHS and HHS to expeditiously release the wrongly withheld documents.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

6.      Venue lies in this District under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

7.      Plaintiff Beveridge & Diamond is a professional corporation incorporated in the District of Columbia with its principal office in Washington, D.C.

8.      Defendant HHS is a Department of the Executive Branch of the United States Government, and includes NIEHS as one of its component entities. HHS is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession or control of the agency records Plaintiff seeks here.

9.      Defendant NIEHS is an institute that is part of the National Institutes of Health, which is a division of HHS. NIEHS is an agency within the meaning of 5 U.S.C. § 552(f), and is in possession or control of the agency records Plaintiff seeks here.

## FACTS

10.     Beveridge & Diamond seeks data, information, and correspondence related to atrazine research conducted by Dr. Suzanne E. Fenton. Dr. Fenton is currently an NIEHS

employee in the Reproductive Endocrinology Group of the Cellular and Molecular Pathology Branch. Dr. Fenton was an employee of EPA's Office of Research and Development ("ORD") until September 2009.

11. Beveridge & Diamond first sought data, information, and correspondence related to Dr. Fenton's atrazine research through a FOIA request submitted to EPA's ORD on June 25, 2010. On August 6, 2010, EPA's FOIA Officer advised Beveridge & Diamond that, pursuant to a written agreement with EPA, Dr. Fenton had taken all of her files related to her atrazine research with her to NIEHS and that Dr. Fenton's correspondence while at EPA ORD had been purged; thus EPA no longer possessed and could not produce any of the Fenton data, information or correspondence. EPA's FOIA Officer also advised Beveridge & Diamond that she had spoken with the FOIA Officer at NIEHS and that NIEHS would not provide the information without a FOIA request addressed to NIEHS.

12. Relying upon those representations, on August 11, 2010, Beveridge & Diamond submitted a FOIA request to NIEHS for all data, science reports, and laboratory notes concerning atrazine and atrazine metabolites since January 1, 2000 in the files of Dr. Fenton, specifically including all such information from Dr. Fenton's time at both NIEHS and EPA ORD. *See* Email from Sean M. Roberts, Beveridge & Diamond, to Kim L. Minneman, NIEHS Freedom of Information Coordinator (Aug. 11, 2010) (attached as Exhibit 1). This request also sought (1) all correspondence about atrazine or atrazine metabolites between Dr. Fenton and any other person since January 1, 2000 and up to the date of NIEHS's response to the request and (2) all correspondence about atrazine or atrazine metabolites among personnel in the Reproductive Endocrinology Group or between personnel in the Reproductive Endocrinology Group and

personnel in other offices within NIEHS, EPA, any other government entities, and any other person, since January 1, 2000 and up to the date of NIEHS's response to the request. *See id.*

13. On August 12, 2010, NIEHS acknowledged receipt of Beveridge & Diamond's FOIA request and assigned it NIEHS FOIA Request No. 37902. *See* Letter from Kim L. Minneman, NIEHS Freedom of Information Coordinator, to Sean M. Roberts, Beveridge & Diamond (Aug. 12, 2010) (attached as Exhibit 2).

14. Under FOIA, NIEHS had twenty working days -- until September 10, 2010 -- to respond to Beveridge & Diamond's FOIA request. 5 U.S.C. § 552(a)(6)(A)(i). NIEHS provided no response and produced no documents by that date.

15. FOIA provides that, in the event "unusual circumstances" existed, NIEHS could have extended the September 10, 2010 deadline by a maximum of 10 days by providing "written notice to [Beveridge & Diamond] setting forth the unusual circumstances for such extension and the date on which a determination is expected to be dispatched." 5 U.S.C. § 552(a)(6)(B)(i); *see also* 45 C.F.R. § 5.35(c) ("We will notify you in writing of any extension."). NIEHS did not provide any such written notice of an extension and, even if it had, NIEHS provided no response and produced no documents by September 24, 10 days after the September 10, 2010 deadline.

16. Beveridge & Diamond made several efforts to contact NIEHS and facilitate the timely production of documents responsive to the August 11, 2010 request, yet received no documents and no schedule for their production.

17. On August 30, 2010, Beveridge & Diamond called Ms. Minneman, the NIEHS FOIA Officer, to check on the status of the August 11, 2010 request. During that call, Beveridge & Diamond expressed its willingness to have the responsive documents produced in sets by

priority if necessary to facilitate production, asking NIEHS to release the data supporting the most recently completed atrazine study by Dr. Fenton first.[1] NIEHS was very much aware of the study, having issued a press release on August 24, 2010 announcing the publication of the study report and stating that Dr. Fenton would present her atrazine research findings at the September SAP. *See* NIEHS, "Atrazine Causes Prostate Inflammation in Male Rats and Delays Puberty," August 24, 2010, *available at* http://www.niehs.nih.gov/news/releases/2010/atrazine.cfm. Moreover, EPA had included the report on a bibliography of review materials for the September SAP meeting that was made public on July 29, 2010. *See* Bibliography for September Meeting, July 21, 2010, *available at* http://www.regulations.gov (Document No. EPA-HQ-OPP-2010-0481-0007, posted July 29, 2010). Thus, Beveridge & Diamond requested that, at a minimum, the data supporting the newly published report be made available by NIEHS in response to its request before the SAP meeting started on September 14, 2010. In identifying these data as high priority, Beveridge & Diamond did not limit the scope of its original request. The timely disclosure of all of the data and information requested remains critically important in light of EPA's ongoing review of Dr. Fenton's atrazine research as part of EPA's current comprehensive atrazine review.

18.     Having received no response, on September 1, 2010, Beveridge & Diamond attempted to contact the NIEHS FOIA Officer and left a voice message asking for an update on the status of the request and, in particular, when NIEHS would release the data for the new study. On September 8, 2010, before the expiration of the deadline for responding, and having received

---

[1] Stanko J.P., Enoch R.R., Rayner J.L., Davis C.C., Wolf D.C., Malarkey D.E., Fenton S.E. Effects of prenatal exposure to a low dose atrazine metabolite mixture on pubertal timing and prostate development of male Long-Evans rats. Reprod Toxicol. Epub ahead of print. DOI:10.1016/j.reprotox.2010.07.006.

no response to its September 1, 2010 communication, Beveridge & Diamond again called the NIEHS FOIA Officer and left another voice message asking for information on the status of the response to its request and on the release of the data for the new study in particular.

19. On September 9, 2010, the NIEHS FOIA Officer called and informed Beveridge & Diamond for the first time that Dr. Fenton was unavailable for three weeks, that she had as yet not provided the FOIA Officer any responsive documents nor directed the Officer to where such documents might be located within NIEHS, and that therefore, Beveridge & Diamond would not receive any information before the September SAP. The FOIA Officer did not identify a specific date by which the proper response to the request would be forthcoming. Upon further inquiry, the NIEHS FOIA Officer told Beveridge & Diamond that Dr. Fenton was expected back in the office sometime during the week of September 20, but again failed to provide a date certain for any response. NIEHS has not explained why none of Dr. Fenton's current colleagues at NIEHS, such as Dr. Stanko, an NIEHS researcher who is the first author on the newly published study and a coauthor on a 2007 study,[2] could obtain access to or produce promptly at least the requested data supporting the most recent study. Furthermore, as set forth below, both the September 10 statutory deadline and the week of September 20 came and went without any update, response, or production of documents from NIEHS.

20. On September 10, 2010, the 20-day statutory deadline for NIEHS's response to Beveridge & Diamond's August 11, 2010 FOIA request expired. As of that date, Beveridge & Diamond had not received any written response or determination with respect to its August 11

---

[2] Enoch, R.R., Stanko, J.P., Greiner, S.N., Youngblood, G.L,. Rayner, J.L., Fenton, S.E., 2007. Mammary gland development as a sensitive end point acute prenatal exposure to an atrazine metabolite mixture in female Long-Evans rats. Environmental Health Prospectives. 115(4): 541-547.

FOIA request, any written request for an extension of the deadline, any of the critical data which Beveridge & Diamond had asked NIEHS to prioritize, or any other single responsive document.

21. On September 13, 2010, Beveridge & Diamond provided a letter to the HHS Office of General Counsel describing NIEHS's failure to respond to Beveridge & Diamond's August 11, 2010 request in a timely manner and requesting the immediate production of the data supporting the new study, or, if the data would not be produced in time for the September SAP, a response by September 14, 2010 explaining why and providing a date certain for its production. Beveridge & Diamond also requested that NIEHS respond in writing by September 17, 2010 with a schedule outlining NIEHS's plan for responding to the remainder of Beveridge & Diamond's request, including specific dates by which specific categories of documents and information would be produced. Beveridge & Diamond to date has received no response from the HHS Office of General Counsel.

22. On September 15, 2010, Dr. Fenton presented some information about her atrazine research findings to the SAP, including the newly published atrazine report with respect to which Beveridge & Diamond had identified the supporting data as the highest priority for release. NIEHS has not explained why Dr. Fenton, who was preparing her slideshow to the SAP, could not coordinate with her colleagues at NIEHS to provide the requested data from the newly published report before her presentation of the study to the SAP.

23. At the conclusion of the September SAP, EPA indicated that Dr. Fenton's atrazine research would be subject to further review and would be addressed, along with other subjects, in an additional SAP meeting to be scheduled in the first half of 2011. Statement by Anna Lowit, EPA Office of Pesticide Programs ("OPP"), to EPA SAP, September 17, 2010. This schedule provides a limited window for stakeholders and the public to review, analyze, and respond to the

available new studies and data. *See id.* For this reason, the full and timely release of all the data and information requested by Beveridge & Diamond remains critical.

24. As of the date of the filing of this Complaint, nearly two months after its original request, nearly a month after the statutory deadline for a response, and in the wake of repeated communications with NIEHS about the statutory timeline and expressing Beveridge & Diamond's willingness to accommodate NIEHS in facilitating a reasonable approach to providing the requested information, Beveridge & Diamond has not received any written response from NIEHS or the HHS Office of General Counsel, any documents responsive to the August 11, 2010 request, or any response indicating whether and when the requested information will be produced.

## CLAIM FOR RELIEF
**(Failure to Provide Agency Records in Violation of FOIA and HHS Regulations)**
**(5 U.S.C. § 552, 45 C.F.R. Part 5)**

25. Paragraphs Nos. 1 through 24 are incorporated here by reference.

26. NIEHS and HHS have violated FOIA and HHS regulations by failing to make properly requested records promptly available to Beveridge & Diamond. *See* 5 U.S.C. § 552(a)(3)(A); 45 C.F.R. § 5.35(b)(1).

27. NIEHS violated FOIA and HHS regulations by failing to make a determination whether to comply with Beveridge & Diamond's August 11, 2010 FOIA request within twenty working days and "immediately notify [Beveridge & Diamond] of such determination and the reasons therefor," *see* 5 U.S.C. § 552(a)(6)(A)(i), and by failing to provide the documents or make them available for inspection as soon as possible after such determination. *See* 45 C.F.R. § 5.35(b)(1).

28. NIEHS violated FOIA and HHS regulations when it failed to provide Beveridge & Diamond written notice requesting an extension of the response deadline, accompanied by an explanation of the unusual circumstances and a date on which a determination is expected. *See* 5 U.S.C. § 552(a)(6)(B)(i); 45 C.F.R. § 5.35(c).

29. Beveridge & Diamond is deemed to have exhausted its administrative remedies as a result of NIEHS's failure to comply with the applicable time provisions of 5 U.S.C. §§ 552(a)(6)(A)-(B). *See* 5 U.S.C. § 552(a)(6)(C); 45 C.F.R § 5.35(a).

30. Beveridge & Diamond has a statutory right to the records it has requested, and, with no legal basis, NIEHS has failed to release even a single responsive document, respond to Beveridge & Diamond's request in a timely manner, or provide any schedule or expected date for releasing the requested information.

### REQUEST FOR EXPEDITED PROCEEDINGS

31. "Good cause" exists for expediting these proceedings pursuant to 28 U.S.C. § 1657.

32. HHS and NIEHS have violated Beveridge & Diamond's rights under a Federal Statute, FOIA, 5 U.S.C. § 552. *See* 28 U.S.C. § 1657(a).

33. EPA is continuing to review Dr. Fenton's atrazine research as part of its ongoing atrazine review and has announced that it will convene another SAP to review this subject, among others, in the first half of 2011.

34. The ongoing failure by NIEHS to respond to Beveridge & Diamond's August 11, 2010 FOIA request is materially affecting Beveridge & Diamond's ability to respond to and participate in EPA's review of atrazine, and will materially affect Beveridge & Diamond's

opportunity to review the requested information and prepare potential submissions, responses, and comments for the 2011 SAP.

## **REQUESTED RELIEF**

WHEREFORE, Beveridge & Diamond requests that the Court award the following relief:

A. Declare that the failure by HHS and NIEHS to disclose the records requested by Beveridge & Diamond is unlawful;

B. Order HHS and NIEHS to disclose the requested agency records to Beveridge & Diamond within ten days of this Court's order compelling production;

C. Provide for expeditious proceedings in this action;

D. Award Beveridge & Diamond its costs and reasonable attorney fees incurred in this action; and

E. Grant such other relief as the Court may deem just and proper.

Respectfully submitted,

/s/ David A. Barker

BEVERIDGE & DIAMOND, P.C.
Kathryn E. Szmuszkovicz (Bar No. 388735)
David A. Barker (Bar No. 486283)
1350 I Street, N.W., Suite 700
Washington, DC 20005
Tel: (202) 789-6000
Fax: (202) 789-6190