# Exhibit 1

**From:** Sean Roberts
**Sent:** Wednesday, August 11, 2010 4:07 PM
**To:** 'minneman@niehs.nih.gov'
**Subject:** FOIA Request For NIEHS COSP Information

VIA EMAIL

Dear Ms. Minneman:

    Pursuant to the Freedom of Information Act, 5 U.S.C. § 552, as amended, and the FOIA regulations promulgated by the U.S. Department of Health and Human Services in 45 C.F.R. Part 5, I request the following information in the records of the National Institute of Environmental Health Sciences ("NIEHS"):

(1) all data (including raw data), science reports (formal or informal and published or unpublished), and laboratory notes concerning atrazine or atrazine metabolites generated by or for Dr. Jerrold Heindel, currently Acting Branch Chief of the Cellular, Organ, and Systems Pathobiology ("COSP") Branch, in the Division of Extramural Research and Training ("DERT"), up to the date of NIEHS' response to this request; and

(2) all correspondence about atrazine or atrazine metabolites between Dr. Heindel and any other person since January 1, 2003 and up to the date of NIEHS' response to this request;

    Please contact me at (202) 789-6017 or sroberts@bdlaw.com with any questions. Please provide the requested information by email or call me when the response is ready so that I can pick up the materials from NIEHS. I authorize costs up to $1,000 associated with copy and review time to respond to this request. Please let me know if the costs will exceed this amount.

    Thank you and sincerely,

    Sean M. Roberts

**Sean M. Roberts**

Associate
Beveridge & Diamond, P.C.
1350 I Street, NW ~ Suite 700
Washington, DC 20005
T (202) 789-6017
F (202) 789-6190
sroberts@bdlaw.com

---

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Beveridge & Diamond, P.C. and may be confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (202) 789-6000 or by e-mail reply and delete this message. Thank you.

Please consider the environment before printing this e-mail.

# Exhibit 2



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

Phone: 919-541-3411
Fax: 919-541-9813
E-mail: minneman@niehs.nih.gov

National Institutes of Health
National Institute of
Environmental Health Sciences
P.O. Box 12233, MD K3-16
Research Triangle Park, NC 27709-2233

August 12, 2010

Sean M. Roberts
Associate
Beveridge & Diamond, P.C.
1350 I Street NW, Suite 700
Washington, DC 20005

Re: FOI Case No. 37903

Dear Mr. Roberts:

This acknowledges your August 11, 2010, Freedom of Information Act (FOIA) request addressed to me. You requested a copy of:

1. All data (including raw data), science reports (formal or informal and published or unpublished), and laboratory notes concerning atrazine or atrazine metabolites generated by or for Dr. Jerrold Heindel, currently Acting Branch Chief of the Cellular, Organ, and Systems Pathobiology ("COSP") Branch, in the Division of Extramural Research and Training ("DERT"), up to the date of NIEHS' response to this request; and

2. All correspondence about atrazine or atrazine metabolites between Dr. Heindel and any other person since January 1, 2003 and up to the date of NIEHS' response to this request.

We have queried the DERT. If any documents responsive to your request are located, they will be reviewed for releasability, and all releasable information will be sent to you. We will do everything possible to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHHS FOIA Regulations as they apply to commercial-use requesters; i.e., you will be charged for duplication at 10-cents per page; and for search and review time at the hourly rate ($23.00, $46.00, $83.00) of the searcher and reviewer. Please be advised that the DHHS FOIA Regulations allow us to charge for search time even if we do not locate any responsive records or if we determine that some or all of the responsive records are exempt under one of the FOIA's nine exemptions. If there are any fees associated with processing this request, you will be sent an invoice with our final response. Your $1,000.00 fee limit has been noted.

Please feel free to contact me for additional information or to inquire about the status of your request.

Sincerely,

Kim Minneman

Kim L. Minneman
Freedom of Information Coordinator