AO 440 (Rev. 12/09; DC 03/10)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Beveridge & Diamond, P.C. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of Health and Human Services, and | ) |
| National Institute of Environmental Health Sciences | ) |
| _____ | ) |
| *Defendant* | ) |

Case: 1:10-cv-01713
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/7/2010
Description: FOIA/Privacy Act

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Institute of Environmental Health Sciences
c/o United States Department of Health and Human Services
200 Independence Avenue, S.W.
Room 713-F
Washington, D.C. 20201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ██████████████
David A. Barker
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _10-7-10_    _____
                                                    *Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Beveridge & Diamond, PC | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:10-cv-01713 RMC |
| | ) |
| v. | ) |
| United States Department of Health and Human Services, | ) |
| et al. | ) |
| | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED:  Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint for Declaratory and Injunctive Relief with Exhibits, Certfiicate Rule LCvR 7.1 and Initial Electronic Case Filing Order

SERVE TO:  National Institute of Environmental Health Sciences c/o United States Department of Health and Human Services
SERVICE ADDRESS:  200 Independence Avenue, SW, Room 713-F, Washington, DC 20201

DATE SERVED:  October 07, 2010   TIME SERVED:  4:03 PM

PERSON SERVED:  Vontina Collick, Project Supply Specialist, authorized to accept.

Described herein:
Gender: Male    Race/Skin: Black    Hair: Black    Age: 50    Height: 5'5"    Weight: 260

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

10-8-10
Executed on:                                    Alex Hernandez
                                                 CAPITOL PROCESS SERVICES, INC.
                                                 1827 18th Street, NW
                                                 Washington, DC 20009-5526
                                                 (202) 667-0050

ID: 10-047797                                                    Client Reference: N/A