AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Beveridge & Diamond, P.C. | ) | |
| *Plaintiff* | ) ) ) | Case: 1:10-cv-01713<br>Assigned To : Collyer, Rosemary M. |
| v. | ) | Assign. Date : 10/7/2010 |
| U.S. Department of Health and Human Services, and<br>National Institute of Environmental Health Sciences | ) ) | Description: FOIA/Privacy Act |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Attorney General
950 Pennsylvanian Ave, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ~~30 or 60~~ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ▇▇▇▇▇▇▇▇▇▇▇▇

David A. Barker
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10-7-10

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Beveridge & Diamond, PC** )<br>)<br>)<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>**United States Department of Health and Human Services,** )<br>**et al.** )<br>)<br>**Defendant(s)** ) | Case No.: 1:10-cv-01713 RMC |

## AFFIDAVIT OF SERVICE

I, Alex Hernandez, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Complaint for Declaratory and Injunctive Relief with Exhibits, Certfiicate Rule LCvR 7.1 and Initial Electronic Case Filing Order

SERVE TO: US Attorney General
SERVICE ADDRESS: 950 Pennsylvania Avenue, NW, Washington, DC 20530

DATE SERVED: October 07, 2010   TIME SERVED: 2:00 PM

PERSON SERVED: Donna Whitley, Clerk, authorized to accept.

Described herein:
Gender: Female   Race/Skin: Black   Hair: Black   Age: 40   Height: 5'5"   Weight: 300

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

10/8/10
Executed on:

Alex Hernandez
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 10-047713                                                                                           Client Reference: N/A
CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050