# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BEVERIDGE & DIAMOND, P.C., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 10-1713 (RLW) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF DISMISSAL

Having executed the terms of their agreement, the parties to the above-entitled action hereby stipulate to dismiss this entire action against the Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Barker | RONALD C. MACHEN JR., D.C. Bar #447889 |
| BEVERIDGE & DIAMOND, P.C. | United States Attorney |
| Kathryn E. Szmuszkovicz, D.C. Bar #388735 | for the District of Columbia |
| David A. Barker, D.C. Bar #486283 | |
| 1350 I Street, N.W., Suite 700 | RUDOLPH CONTRERAS, D.C. Bar #434122 |
| Washington, D.C. 20005 | Chief, Civil Division |
| kes@bdlaw.com | |
| dbarker@bdlaw.com | By:  /s/ Michelle Lo             . |
| Tel: (202) 786-6000 | MICHELLE LO |
| Fax: (202) 789-6190 | Assistant United States Attorney |
| | 555 Fourth St., N.W. |
| *Attorneys for Plaintiff* | Washington, D.C. 20530 |
| | Tel: (202) 514-5134; Fax: (202) 514-8780 |
| | Michelle.Lo2@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

Dated:  May 31, 2011